NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001102
26-APR-2012
09:56 AM**

NO. CAAP-11-0001102

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CRAIG GOMES, Claimant-Appellant v.
HAWAIIAN ELECTRIC COMPANY, INC, Employer-Appellee, Self-insured

APPEAL FROM LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2010-181 (2-91-21757)(2-09-1099))

ORDER DENYING APRIL 23, 2012 HRAP RULE 40 MOTION
TO RECONSIDER APRIL 11 2012 ORDER DISMISSING
APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of (1) the April 11, 2012 order dismissing Appeal No. CAAP-11-0001102 for lack of appellate jurisdiction, (2) Claimant/Appellant/Appellant Craig Gomes's (Appellant Gomes) April 23, 2012 motion to reconsider the April 11, 2012 order dismissing Appeal No. CAAP-11-0001102, and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we entered the April 11, 2012 order dismissing Appeal No. CAAP-11-0001102 for lack of appellate jurisdiction.

Therefore, IT IS HEREBY ORDERED that Appellant Gomes's April 23, 2012 motion to reconsider the April 11, 2012 order dismissing Appeal No. CAAP-11-0001102 for lack of appellate jurisdiction is denied.

DATED: Honolulu, Hawai'i, April 26, 2012.

Presiding Judge

Associate Judge

Associate Judge